September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. William B. Moore* and *Mr. George S. Ramsey* for plaintiffs in error. *Mr. Grant Foreman, Mr. James D. Simms* and *Mr. Charles F. Runyan* for defendants in error.

---

DECISIONS ON PETITIONS FOR WRITS OF CER-
TIORARI, FROM MARCH 1, 1920, TO AND IN-
CLUDING APRIL 19, 1920.

### (A.) PETITIONS GRANTED.[1]

No. 697. JOHN P. GALBRAITH *v.* JOHN VALLELY, TRUSTEE, ETC. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Fred B. Dodge* for petitioner. *Mr. Francis J. Murphy* for respondent.

---

No. 712. WESTERN UNION TELEGRAPH COMPANY *v.* ADDIE SPEIGHT. March 8, 1920. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. Francis Raymond Stark, Mr. Charles W. Tillett* and *Mr. Thomas C. Guthrie* for petitioner. *Mr. Murray Allen* for respondent.

---

No. 746. HENRY KRICHMAN *v.* UNITED STATES. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Harrison P. Lindabury* and *Mr. Edward Schoen* for petitioner. No brief filed for the United States.

---

[1] For petitions denied, see *post,* 577.